IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH<br>    a Company organized and<br>    existing under the laws of Austria,<br><br>and<br><br>BAMED AG<br>    a Company organized and<br>    existing under the laws of<br>    Switzerland,<br><br>        Plaintiffs,<br><br>    v.<br><br>LUV N' CARE, LTD.,<br>    a Louisiana Corporation,<br><br>and<br><br>MUNCHKIN, INC.<br>    a Delaware Corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FED. R. CIV. P. 7.1(a) DISCLOSURE OF PLAINTIFFS
<u>MAM BABYARTIKEL GMBH AND BAMED AG</u>**

I, the undersigned counsel for Plaintiffs MAM Babyartikel GmbH ("MAM Babyartikel") and Bamed AG ("Bamed"), hereby certify the pursuant to Fed. R. Civ. P. 7.1(a). To the best of my knowledge and belief, Röhrig Privatstiftung, a private foundation, owns an interest in MAM Babyartikel. To the best of my knowledge and belief, Bamed GmbH is the only corporate entity owning an interest in Bamed.

{J403203 00273957.DOC}

                    YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Adam W. Poff
Adam W. Poff (No. 3990)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
apoff@ycst.com

*Attorneys for MAM Babyartikel GmbH and Bamed AG*

OF COUNSEL:

Neil F. Greenblum
Michael J. Fink
Neal Goldberg
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191

Dated: October 4, 2007