AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF       DELAWARE

MAM BABYARTIKEL GMBH, and
BAMED AG

      Plaintiff(s),

v.

LUV N' CARE, LTD., and
MUNCHKIN, INC.

      Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 7 - 6 0 8

TO: (Name and address of defendant)

LUV N' CARE, LTD.
c/o Secretary of State
Division of Corporations
John G. Townsedn Federal Building
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adam W. Poff (No. 3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
apoff@ycst.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                              OCT 0 5 2007

CLERK                                                         DATE

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10/05/07 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware, 401 Federal Street, Dover, DE 19901. Service was accepted by Debbie Croom at 4:10pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/05/07
   Date

Signature of Server: Edward Q Jones

Address of Server: 15 E North Street, Dover, DE 19901

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.