IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH, and BAMED AG, | ) ) ) |
| Plaintiffs, | ) ) C.A. No.: 07-608 - *** |
| v. | ) ) |
| LUV N' CARE, LTD. and MUNCHKIN, INC., | ) ) ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Frederick L. Cottrell, III and the firm of Richards, Layton & Finger, P.A. in the above captioned action as counsel to Defendant Munchkin, Inc.

OF COUNSEL:

John L. Knoble, Esquire
Knoble Yoshida & Dunleavy LLC
Eight Penn Center, Suite 1350
1628 John F. Kennedy Boulevared
Philadelphia PA, 19103 USA

Dated: October 18, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Munchkin, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Adam Wyatt Poff
>Young, Conaway, Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>P. O. Box 391
>Wilmington, DE  19899-0391

_____
Frederick L. Cottrell, III (#2555)