IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH, and BAMED AG, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 07-608 - *** ) |
| LUV N' CARE, LTD. and MUNCHKIN INC., | ) ) ) ) |
| Defendants. | ) |

### STIPULATION AND ORDER

The parties, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to extend the time within which Defendant Munchkin, Inc. must answer, move or otherwise respond to the Plaintiffs' Complaint to November 30, 2007.

/s/ Adam W. Poff
Adam W. Poff (#3099)
(apoff@ycst.com)
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
P.O Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
*Attorney for Plaintiffs*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Defendant Munchkin, Inc.*

SO ORDERED this ____ day of _____, 2007.

_____
United States Magistrate Judge

RLF1-3213124-1