IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH, and<br>BAMED AG,<br><br>           Plaintiffs,<br><br>v.<br><br>LUV N' CARE, LTD. and<br>MUNCHKIN INC.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-608 - ***<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John Lawrence Knoble and Grace S. Doe to represent Defendant Munchkin, Inc. in the above-captioned matter.

OF COUNSEL:

John L. Knoble
Grace S. Doe
Knoble Yoshida & Dunleavy LLC
Eight Penn Center, Suite 1350
1628 John F. Kennedy Boulevard
Philadelphia PA, 19103 USA

Dated: November 9, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Munchkin, Inc.*

## ORDER GRANTING MOTION

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge

RLF1-3220881-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the U.S. Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

John Lawrence Knoble
Knoble Yoshida & Dunleavy, LLC
1628 John F. Kennedy Boulevard
Suite 1350
Philadelphia, PA 19103

Dated: November 8, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Grace S. Doe
Knoble Yoshida & Dunleavy, LLC
Eight Penn Center - Suite 1350
1628 John F. Kennedy Boulevard
Philadelphia, PA  19103

Dated: November  7 , 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

**BY HAND DELIVERY**

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Jeffrey L. Moyer (#3309)

RLF1-3221297-1