IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAM BABYARTIKEL GMBH, and BAMED AG, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-608 - *** |
| LUV N' CARE, LTD. and MUNCHKIN INC., | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

### MUNCHKIN, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Munchkin, Inc. ("Munchkin") and its undersigned counsel hereby certifies that there are (i) no corporate parents, affiliates, and/or subsidiaries of Munchkin, Inc. that are publicly held and (ii) no publicly held corporation holds 10% or more of Munchkin, Inc.'s stock.

Munchkin reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

OF COUNSEL:

John L. Knoble
Knoble Yoshida & Dunleavy LLC
Eight Penn Center, Suite 1350
1628 John F. Kennedy Boulevard
Philadelphia PA, 19103 USA

Dated: November 28, 2007

/s/ 
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Munchkin, Inc.*

RLF1-3228167-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

**BY HAND DELIVERY**

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

_____
Jeffrey L. Moyer (#3309)

RLF1-3221297-1