IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAM BABYARTIKEL GMBH, and BAMED AG | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | C.A. No. 07-608 (***) |
| | ) ) | |
| LUV N' CARE, LTD., and MUNCHKIN, INC. | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs MAM Babyartikel GMBH and Bamed AG and defendant Munchkin, Inc., subject to the approval of the Court, that the deadline for plaintiffs to submit their Reply to Munchkin, Inc.'s Answer and Counterclaims shall be extended from December 18, 2007 to January 21, 2008.

DB02:6294723.1                                                                                           066757.1001

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ *Adam W. Poff* | /s/ *Frederick L. Cottrell, III* |
| Adam W. Poff (#3990)<br>Chad S.C. Stover (#4919)<br>The Brandywine Building,<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com | Frederick L. Cottrell, III (#2555)<br>Jeffrey L. Moyer (#3309)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Cottrell@rlf.com |
| Neil F. Greenblum<br>Michael J. Fink<br>P. Branko Pejic<br>Greenblum & Bernstein, P.L.C.<br>1950 Roland Clarke Place<br>Reston, Virginia 20191<br>(703) 716-1191 | John L. Knoble<br>Knoble Yoshida & Dunleavy LLC<br>Eight Penn Center, Suite 1350<br>1628 John F. Kennedy Boulevard<br>Philadelphia, PA 19103 |
| *Attorneys for MAM Babyartikel GmbH and Bamed AG* | *Attorneys for Munchkin, Inc.* |
| Dated: December 17, 2007 | Dated: December 17, 2007 |

APPROVED AND SO ORDERED this _____ day of December 2007.

_____
U.S.M.J.