IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABY ARTIKEL GMBH, and <br> BAMED AG <br><br> Plaintiffs, <br><br> v. <br><br> LUV N' CARE, LTD., and <br> MUNCHKIN, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-608 *** - MPT <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE OR ALTERNATIVELY TRANSFER TO EASTERN DISTRICT OF TEXAS

1.  Defendant Luv n' care, Ltd. files this motion to transfer plaintiffs' suit to Eastern District of Texas as authorized 28 U.S.C. § 1404(a).

2.  Defendant Luv n' care, Ltd. files this motion to dismiss plaintiffs' suit for improper venue under Federal Rule of Civil Procedure 12(b)(3).

3.  Defendant Luv n' care, Ltd. files this motion to dismiss plaintiffs' suit for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

4.  Defendant Luv n' care, Ltd. attached herewith its memorandum in support of this motion and asks for relief as sought herein granting one or more of defendant's motions.

Respectfully submitted,

*/s/ David L. Finger*
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, Delaware  19801-1155
 (302) 884-6766

Of Counsel:

Joe D. Guerriero
Luv n' care, Ltd. General Counsel
3030 Aurora Avenue
Monroe, Louisiana 71201
Telephone:    (318) 338-3603
Facsimile:    (318) 388-5892
Email:  joed@luvncare.com


Morris E. Cohen
Law Office of Morris E. Cohen, P.C.
1122 Coney Island Avenue
Suites 216-217
Brooklyn, New York 11230
Telephone:    (718) 859-8009
Facsimile:    (718) 859-3044
Email: mcohen@ipcases.com

Attorneys for Luv n' care, Ltd.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABY ARTIKEL GMBH, and BAMED AG )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LUV N' CARE, LTD., and MUNCHKIN, INC. )<br>)<br>Defendants. ) | Civil Action No. 07-608 *** - MPT |

## ORDER

After considering defendant Luv n' care, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue or Alternatively Transfer to Eastern District of Texas, the Court GRANTS the motion and dismisses plaintiffs' suit against defendant Luv n' care, Ltd. without prejudice to refilling in another jurisdiction and retains the case as to the remaining defendant.

Signed on the _____ day of _____, 2008.

_____
J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABY ARTIKEL GMBH, and BAMED AG | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 07-608 *** - MPT |
| LUV N' CARE, LTD., and MUNCHKIN, INC. | ) ) ) ) |
| Defendants. | ) |

### ORDER

After considering defendant Luv n' care, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue or Alternatively Transfer to Eastern District of Texas, the Court GRANTS the motion and transfers plaintiffs' suit to the Eastern District of Texas, Sherman Division.

Signed on the _____ day of _____, 2008.

_____
J.