IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH,<br>a Company organized and<br>existing under the laws of Austria,<br><br>and<br><br>BAMED AG,<br>a Company organized and<br>existing under the laws of<br>Switzerland,<br><br>Plaintiffs,<br><br>v.<br><br>LUV N' CARE, LTD.,<br>a Louisiana Corporation,<br><br>and<br><br>MUNCHKIN, INC.,<br>a Delaware Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-608-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 4, 2008, P. Branko Pejic of Greenblum & Bernstein, P.C., 1950 Roland Clarke Place, Reston, VA 20191, caused true and correct copies of (1) Plaintiffs' First Set of Interrogatories to Luv N' Care, Ltd. and (2) Plaintiffs' First Set of Requests for Production to Luv N' Care, Ltd. to be served upon the following counsel of record as indicated below:

**BY E-MAIL AND FEDERAL EXPRESS**

Morris E. Cohen
Law Office of Morris E. Cohen, PC
1122 Coney Island Avenue
Suite 216-217
Brooklyn, NY 11230
(718) 859-8009
E-mail: mcohen@ipcases.com

David Finger
Ginger & Slanina LLC
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
E-mail: dfinger@delawgroup.com

PLEASE TAKE FURTHER NOTICE that on February 5, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

David Finger
Ginger & Slanina LLC
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and by e-mail on the following counsel:

Morris E. Cohen
Law Office of Morris E. Cohen, PC
1122 Coney Island Avenue
Suite 216-217
Brooklyn, NY 11230
(718) 859-8009
E-mail: mcohen@ipcases.com

                                      YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Adam W. Poff

Adam W. Poff (No. 3990)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
Tel: (302) 571-6600
Fax: (302) 571-1253

Attorneys for Plaintiffs MAM and Bamed

OF COUNSEL:

GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191

Dated: February 5, 2008