IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 07-608-SLR/MPT |
| LUV N' CARE LTD., et al., | ) |
| Defendants. | ) |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 11th day of February, 2008, the above case having been reassigned from the vacant judgeship caseload;

IT IS ORDERED that the case is hereby referred to Magistrate Judge Mary Pat Thynge. Consistent with 28 U.S.C. § 636(b), Judge Thynge shall:

1. Hear and determine all discovery disputes.[1]

2. Conduct alternate dispute resolution.

3. The above caption shall be used in all subsequent filings in this action.

United States District Judge

---

[1]With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.