IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 07-608-SLR ) |
| LUV N' CARE, LTD, et al., | ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this ~~31st~~ day of February, 2008,

IT IS ORDERED that oral argument shall be conducted on **Friday, March 7, 2008** on the pending motion to dismiss (D.I. 16), commencing at **10:50 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side shall have twenty (20) minutes to present argument.

_____
United States District Judge