IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 07-608-SLR/MPT |
| | ) |
| LUV N' CARE LTD., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 8th day of April, 2008, having entered a scheduling order that incorrectly included a discovery conference date, when this case has been referred to Magistrate Judge Mary Pat Thynge to hear and determine all discovery disputes (D.I. 31);

IT IS ORDERED that paragraph 2(f) of the scheduling order (D.I. 40) is hereby stricken and the October 29, 2008 discovery conference is hereby cancelled, consistent with the order of reference (D.I. 31).

                                                                                           United States District Judge