IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH, and BAMED AG, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-608 -SLR ) |
| Luv n' care, LTD. and MUNCHKIN INC., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

The undersigned hereby certifies that on this 27th day of May, 2008, he caused two copies of (1) DEFENDANT LUV N' CARE, LTD'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS, and (2) DEFENDANT LUV N' CARE, LTD'S FIRST SET OF REQUESTS TO PLAINTIFFS FOR PRODUCTION OF DOCUMENTS AND THINGS to be served via hand delivery on the below-listed counsel of record:

> Adam W. Poff, Esq.
> Young Conaway Stargatt & Taylor, P.A.
> 1000 West Street, 17th floor
> Wilmington, DE 19801

> /s/ David L. Finger
> David L. Finger (DE Bar ID #2556)
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1155
> (302) 884-6766
> Attorney for defendant Luv n' care, Ltd.

Dated: May 27, 2008