IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH, and BAMED AG, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-608 SLR ) |
| Luv n' care, LTD. and MUNCHKIN INC., | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

The undersigned hereby certifies that on this 3027th day of May, 2008, he caused two copies of (1) DEFENDANT LUV N' CARE, LTD'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, and (2) DEFENDANT LUV N' CARE, LTD'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS TO PLAINTIFFS FOR PRODUCTION to be served via hand delivery on the below-listed counsel of record:

> Adam W. Poff, Esq.
> Young Conaway Stargatt & Taylor, P.A.
> 1000 West Street, 17th floor
> Wilmington, DE 19801

> /s/ David L. Finger
> David L. Finger (DE Bar ID #2556)
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1155
> (302) 884-6766
> Attorney for defendant Luv n' care, Ltd.

Dated: May 30, 2008