IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAM BABYARTIKEL GMBH, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. No. 07-608-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| LUV N' CARE, LTD. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER

WHEREAS, on December 1, 2006, Luv n' care, Ltd ("Luv n' care") filed a declaratory action in the Eastern District of Texas captioned Luv n' care, Ltd. v. Bamed AG, Civil Action No. 4:06-cv-00486 (MHS)(DDB) ("the Texas suit");

WHEREAS, on October 4, 2007, Mam Babyartikel GmbH ("Mam") and Bamed AG ("Bamed") filed an action in the District of Delaware captioned Mam Babyartikel GmbH and Bamed AG v. Luv n' care, Ltd. and Munchkin, Inc., Civil Action No. 07-608-SLR ("the Delaware suit");

WHEREAS, Mam and Bamed have settled their dispute with Munchkin, Inc.;

WHEREAS, the pending motions to dismiss and/or transfer in the Texas and Delaware suits were withdrawn with prejudice;

WHEREAS, Mam, Bamed and Luv n' care stipulated, and the Court approved, transfer of the Texas suit to Delaware; and

WHEREAS, the transferred Texas suit was docketed as Civil Action No. 08-213-SLR;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that Civil Action No. 08-213-SLR and Civil Action No. 07-608-SLR are consolidated as Civil Action No. 07-608-SLR.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FINGER & SLANINA, LLC |
|---|---|
| /s/ Adam W. Poff | /s/ David L. Finger |
| Adam W. Poff (#3990)<br>Andrew A. Lundgren (#4429)<br>The Brandywine Building,<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br><br>Neil F. Greenblum<br>Michael J. Fink<br>Branko Pejic<br>Greenblum & Bernstein, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191<br>(703) 716-1191<br><br>*Attorneys for MAM Babyartikel GmbH and Bamed AG*<br><br>Dated: May 29, 2008 | David L. Finger (#2556)<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155<br>(302) 884-6766<br>dfinger@delawgroup.com<br><br>Joe D. Guerriero<br>Luv n' care, Ltd. General Counsel<br>3030 Aurora Avenue<br>Monroe, LA 71201<br>(318) 338-3603<br>joed@luvncare.com<br><br>Morris E. Cohen<br>Rochelle Weisburg<br>Law Office of Morris E. Cohen, P.C.<br>1 Penn Plaza, Suite 2527<br>New York, NY 10119<br>(212) 244-4111<br>mcohen@ipcases.com<br><br>*Attorneys for Defendant Luv' n care Ltd.*<br><br>Dated: May 29, 2008 |

_____
UNITED STATES DISTRICT JUDGE