IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH and BAMED AG, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 07-608-SLR ) (cons.) |
| LUV N' CARE, LTD., | ) ) |
| Defendant. | ) |

| | |
|---|---|
| LUV N' CARE, LTD., | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 08-213-SLR ) |
| BAMED AG, | ) ) |
| Defendant. | ) |

# O R D E R

At Wilmington this 5th day of June, 2008, having received a joint stipulation from the parties in Civ. No. 07-608-SLR (D.I. 46);

IT IS ORDERED that the stipulation is hereby approved and the above captioned cases shall be consolidated for all purposes. The first filed case, Civ. No. 07-608-SLR, shall be the lead case, meaning that all future filings shall only bear the caption for Civ.

No. 07-608-SLR (with "cons." noted) and shall be filed only in Civ. No. 07-608-SLR.

                                                    _____
                                                    United States District Judge