IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAM BABYARTIKEL GMBH, and ) 
BAMED AG, )
  )
    Plaintiffs and Counterclaim-Defendants )
  )
    v. )    C.A. No. 07-608 -SLR
  )
LUV N' CARE, LTD. and )
MUNCHKIN INC., )    JURY TRIAL DEMANDED
  )
    Defendants and Counterclaim-Plaintiffs. )

## STIPULATION AND PROPOSED ORDER

WHEREAS, on March 6, 2008, the above parties submitted, and the Court approved, a

stipulation and proposed Order with the Court, which provides, at paragraph 4, that the parties

are to file their Answers to the respective Complaints within twenty days after consolidation, "or

at such further time as mutually agreed by the parties or granted by the Court" (D.I. 34); and

WHEREAS, the parties have agreed that defendant Luv n' care, Ltd. shall have until the

end of June 27, 2008.

NOW, THEREFORE, it is hereby and between the parties hereto, through their

undersigned counsel, that defendant Luv n' care, Ltd. shall have until the end of June 27, 2008 to

filed its Answer to the Complaint in the above-captioned action.


/s/ Adam W. Poff_____  
Adam W. Poff (DE Bar ID #3990)  
Young Conaway Stargatt & Taylor LLP  
1000 West Street, 17th floor  
P.O. Box 391  
Wilmington, DE  19899-3091  
(302) 571-6642  
apoff@yctst.com  
Attorney for plaintiffs  
Mam Babyartikel GMBH and  
Bamed AG  

/s/ David L. Finger_____  
David L. Finger (DE Bar ID #2556)  
Finger & Slanina, LLC  
One Commerce Center  
1201 Orange Street, Suite 725  
Wilmington, DE  19801-1155  
(302) 884-6766  
dfinger@delawgroup.com  
Attorney for defendant  
Luv n' care, Ltd.

SO ORDERED this _____ day of June, 2008.

_____

Robinson, J.