IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH and BAMED AG, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LUV N' CARE, LTD. et al., )<br>)<br>Defendants. )<br>_____ ) | C.A. No. 07-608-SLR<br>(CONSOLIDATED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2008, P. Branko Pejic of Greenblum & Bernstein, P.C., 1950 Roland Clarke Place, Reston, VA 20191, caused true and correct copies of (1) Plaintiffs' Responses and Objections to Luv N'Care, Ltd.'s First Set of Interrogatories and (2) Plaintiffs' Responses and Objections to Luv N'Care, Ltd.'s First Set of Requests for Production of Documents and Things to be served upon the following counsel of record as indicated below:

### BY E-MAIL AND FEDERAL EXPRESS

David Finger, Esquire
Finger & Slanina LLC
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
E-mail: dfinger@delawgroup.com

PLEASE TAKE FURTHER NOTICE that on July 2, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will

send notification that such filing is available for viewing and downloading to the following counsel of record:

David Finger, Esquire
Finger & Slanina LLC
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155

Additionally, on July 2, 2008, this Notice of Service was served by e-mail on the above listed local counsel and by e-mail on the following counsel:

Morris E. Cohen
Law Office of Morris E. Cohen, PC
1122 Coney Island Avenue
Suite 216-217
Brooklyn, NY 11230
(718) 859-8009
E-mail: mcohen@ipcases.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
apoff@ycst.com

*Attorneys for Plaintiffs*
*MAM Bayartikel GmbH and Bamed AG*

OF COUNSEL:

GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191

Dated: July 2, 2008