IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAM BABYARTIKEL GMBH, and BAMED AG | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No.: 07-608-SLR |
| LUV N' CARE, LTD., and MUNCHKIN, INC. | ) ) ) ) | |
| Defendants. | ) ) | (CONSOLIDATED) |
| LUV N' CARE, LTD. | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| BAMED AG | ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION AND ORDER**

Mam Babyartikel GmbH ("Mam"), Bamed AG ("Bamed") and Luv n' care Ltd. ("LNC"), hereby file this joint stipulation, stating as follows:

1. The parties hereby agree that LNC shall have one (1) week to amend its pleadings in the above actions, which amended pleadings shall be filed by July 23, 2008;

2. The parties further agree that the time for Mam and Bamed to file responses to LNC's previously filed pleadings shall be extended, such that Mam and Bamed's deadlines shall be calculated from the date that LNC files its amended pleadings;

3. By agreeing to this extension, Plaintiffs MAM and Bamed do not waive any rights to challenge the sufficiency of LNC's amended pleadings, and nothing herein is intended to limit or otherwise prejudice Plaintiffs MAM and Bamed's ability to challenge, including moving to strike, the sufficiency of LNC amended pleadings; and

4. LNC reserves its right to oppose any such challenge.

Dated: July 16, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff

Adam W. Poff (#3990)
Chad S.C. Stover (#4919)
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

Neil F. Greenblum
Michael J. Fink
Neal Goldberg
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191
*Attorneys for MAM Babyartikel GmbH and Bamed AG*

FINGER & SLANINA, LLC

/s/ David L. Finger

David L. Finger (#2556)
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
dfinger@delawgroup.com

Joe D. Guerriero, Esquire
Luv n' care, Ltd. General Counsel
3030 Aurora Avenue
Monroe, LA 71201
(318) 338-3603
joed@luvncare.com

Morris E. Cohen, Esquire
Law Office of Morris E. Cohen, P.C.
1122 Coney Island Avenue
Suites 216-217
Brooklyn, NY 11230
(718) 859-8009
mcohen@ipcases.com
*Attorrneys for Defendant Luv' n care Ltd.*

_____
UNITED STATES DISTRICT JUDGE